JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:          jaf@forslundlaw.com

Attorney for Plaintiff


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| ELIZABETH ROMERO, | ) | |
| | ) | Case No. 1:14-cv-01080-GSA |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE OPENING BRIEF** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

extend the time 30 days to April 6, 2015, for filing of Plaintiff's Opening Brief, in accordance

with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  This

extension is requested because Plaintiff's counsel is experiencing a backlog in her workload that

she is in the process of resolving.


**Romero v. Colvin**                                                   **Stipulation and Order**
**E.D. Cal. 1:14-cv-01080-GSA**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.


Respectfully submitted,


Date:  March 10 , 2015                    JACQUELINE A. FORSLUND
                                          Attorney at Law


                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff



Date:  March 10 , 2015                    BENJAMIN J. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration


                                          */s/Michael Marriott*
                                          MICHAEL MARRIOTT
                                          For JEFFREY CHEN
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant



**Romero v. Colvin**                                      **Stipulation and Order**
**E.D. Cal. 1:14-cv-01080-GSA**

<u>ORDER</u>

Pursuant to the stipulation of the parties (ECF No. 13), the request for an extension of time is APPROVED. Plaintiff shall file her Opening Brief on or before April 6, 2015. Defendant shall file any opposition on or before May 6, 2015 and Plaintiff may file any reply brief on or before May 21, 2015.

IT IS SO ORDERED.

Dated:   **March 11, 2015**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

**Romero v. Colvin**                                                            **Stipulation and Order**
**E.D. Cal. 1:14-cv-01080-GSA**