JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH ROMERO, | ) | |
| | ) | Case No. 1:14-cv-01080-GSA |
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE OPENING BRIEF** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | (ECF No. 15) |
| | ) | |
|     Defendant, | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

extend the time 14 days to April 20, 2015, for filing of Plaintiff's Opening Brief, in accordance

with the Court's Scheduling Order.  This is Plaintiff's second and last request for an extension.

This extension is requested because Plaintiff's counsel is experiencing a backlog in her workload

that she is in the process of resolving.

**Romero v. Colvin**                                                                          **Stipulation and Order**
**E.D. Cal. 1:14-cv-01080-GSA**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  April 3, 2015                        JACQUELINE A. FORSLUND
                                            Attorney at Law


                                            */s/Jacqueline A. Forslund*
                                            JACQUELINE A. FORSLUND

                                            Attorney for Plaintiff


Date:  April 3, 2015                        BENJAMIN J. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration


                                            */s/Jeffrey Chen*
                                            JEFFREY CHEN
                                            Special Assistant United States Attorney
                                            *By email authorization

                                            Attorney for Defendant


**Romero v. Colvin**                                    **Stipulation and Order**
**E.D. Cal. 1:14-cv-01080-GSA**

<u>ORDER</u>

Based on the above stipulation, Plaintiff may have an extension of time to file her Opening Brief. Plaintiff's Opening Brief shall be filed on or before April 20, 2015. Defendant's opposition shall be filed on or before May 20, 2015 and any reply by Plaintiff shall be filed on or before June 4, 2015.

IT IS SO ORDERED.

Dated:   **April 6, 2015**                         **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

**Romero v. Colvin**                                        **Stipulation and Order**
**E.D. Cal. 1:14-cv-01080-GSA**