1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5         Social Security Administration
          160 Spear Street, Suite 800
6         San Francisco, CA  94105
          Telephone: (415) 977-8939
7         Facsimile: (415) 744-0134
          Email: Jeffrey.Chen@ssa.gov
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELIZABETH ROMERO, | ) No. 1:14-cv-01080-GSA |
|  | ) |
| Plaintiff, | ) **STIPULATION AND PROPOSED ORDER** |
|  | ) **FOR A FIRST EXTENSION OF TIME** |
| v. | ) **FOR DEFENDANT TO FILE HER** |
|  | ) **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because he has a very heavy workload despite due diligence.

Stip. to Extend Def.'s MSJ

1

1  The new due date for Defendant's motion for summary judgment will be Friday, June 19, 2015.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: _May 26, 2014_ | FORSLUND LAW |
| | By: _/s/ Jacqueline Anna Forslund *_<br>JACQUELINE ANNA FORSLUND<br>*By email authorization on May 26, 2015*<br>Attorney for Plaintiff |
| Date: _May 26, 2014_ | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: _/s/ Jeffrey Chen_<br>JEFFREY CHEN<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

### ORDER

Based on the stipulation between the parties, Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than June 19, 2015. Plaintiff may file her reply brief no later than July 6, 2015.

IT IS SO ORDERED.

Dated:   **May 27, 2015**                    **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE