BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELIZABETH ROMERO, | No. 1:14-cv-01080-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time to properly consider the issues raised in Plaintiff's MSJ and because of preplanned leave in June.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, July 20, 2015.

Respectfully submitted,

Date: *June 22, 2015*                FORSLUND LAW

                                        By:   */s/ Jacqueline Anna Forslund *
                                                  JACQUELINE ANNA FORSLUND
                                                  *\* By email authorization on June 22, 2015*
                                                  Attorney for Plaintiff

Date: *June 22, 2015*                BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:   */s/ Jeffrey Chen*
                                                  JEFFREY CHEN
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

**ORDER**

Based on the above stipulation between the parties, Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than July 20, 2015. Plaintiff may file her reply brief no later than August 4, 2015.

IT IS SO ORDERED.

   Dated:   **June 23, 2015**                        **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE